[ECF No. 10]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TIMOTHY JACKSON,<br><br>        **Plaintiff,**<br><br>  v.<br><br>SUNRISE CREDIT SERVICES, INC. et al.,<br><br>        **Defendants.** | Civil No. 22-4745 (KMW/SAK) |

## ORDER

This matter having come before the Court on the "Motion for Extension of Time to File Joint Discovery Plan and to Reschedule Scheduling Conference" [ECF No. 10] filed by Plaintiff Timothy Jackson; and Plaintiff's motion seeking to extend the time for submission of the parties' Joint Discovery Plan until September 28, 2022, and to reschedule the initial scheduling conference currently scheduled on September 20, 2022 at 11:30 a.m.; and Plaintiff appearing to represent that all parties consent to the foregoing requests; and for good cause shown;

**IT IS HEREBY ORDERED** this **15th** day of **September**, **2022**, that Plaintiff's motion [ECF No. 10] is **GRANTED**; and it is further

**ORDERED** that the initial scheduling conference is **RESCHEDULED** to **October 7, 2022 at 11:00 a.m.** All parties shall utilize the following dial-in instructions for the conference: **1-888-278-0296, Access Code 2961061#**; and it is further

**ORDERED** that the parties shall file a Joint Discovery Plan by **September 28, 2022**; and it is further

**ORDERED** that the Clerk's Office shall forward a copy of this Order to Plaintiff *via* regular mail and shall enter a notation on the docket indicating the date upon which this Order was forwarded to Plaintiff *via* regular mail.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Karen M. Williams, U.S.D.J.