

June 2, 2023

<u>**VIA ECF**</u>
Hon. Sharon A. King, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    **Jackson v. Sunrise Credit Services, Inc., et al.**
               <u>**Case No. 1:22-cv-04745-KMW-SAK**</u>

Dear Judge King:

      This office represents Defendant, Sunrise Credit Services, Inc. in the above-referenced matter. I am pleased to report that we have reached a settlement with Plaintiff in this matter and the Settlement Agreement has been finalized. In addition, payment to Mr. Jackson has already taken place. Therefore, kindly cancel the Status Conference currently scheduled for Monday, June 5, 2023.

      We thank the Court for its attention to this matter.

                                                 Respectfully submitted,

                                                 <u>/s/ Cindy D. Salvo</u>
                                                 CINDY D. SALVO

CDS/cag